UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PETREY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a national association,<br><br>Defendant. | No. 2:17-cv-0503 TLN DB<br><br><br><br>ORDER |

On March 8, 2019, the parties submitted a proposed stipulated protective order regarding the use of confidential information for the court's consideration. (ECF No. 34.) The parties' proposed stipulated protective order states that "[i]f portions of documents or other materials deemed 'Confidential' or any papers containing or making reference to such materials are filed with the Court, they shall be filed under seal[.]" (Id. at 3.)

The parties are advised that, all documents filed with the court are presumptively public. See San Jose Mercury News, Inc. v. U.S. Dist. Court, 187 F.3d 1096, 1103 (9th Cir. 1999) ("It is well-established that the fruits of pretrial discovery are, in the absence of a court order to the contrary, presumptively public."). Therefore, documents that are the subject of a protective order may be filed under seal only if a sealing order is first obtained. See Local Rule 141.1. A party seeking to obtain a sealing order shall comply with the provisions of Local Rule 141, which sets

forth a specific procedure for seeking a sealing order. After compliance with Local Rule 141, the court will issue an order granting or denying the request to seal. The parties' proposed stipulated protective order does not acknowledge the need to comply with Local Rule 141.

Accordingly, IT IS ORDERED that the parties' March 8, 2019 request for entry of the proposed stipulated protective order (ECF No. 34) is denied without prejudice to renewal.

Dated: March 11, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\petrey0503.stip.protord.den