Leigh O. Curran (SBN 173322)
lcurran@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
    CAMPBELL & TRYTTEN LLP
301 N. Lake Ave., Suite 1100
Pasadena, CA 91101-4158
Tel: (626) 535-1900  Fax: (626) 577-7764

Attorneys for Defendants
WELLS FARGO BANK, N.A., successor by
merger with Wells Fargo Bank Southwest, N.A.,
f/k/a Wachovia Mortgage, FSB,
f/k/a World Savings Bank, FSB

Any Moskovian (SBN 313476)
any.moskovian@raandassociates.com
RA & ASSOCIATES, APC
505 N. Brand Blvd., Ste. 800
Glendale, CA 91203
Tel: (818) 230-3220

Attorneys for Plaintiffs
Arthur Petrey and Mary Eck-Petrey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PETREY,<br><br>              Plaintiff,<br>       v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-100 inclusive,<br><br>              Defendants. | CASE NO.: 2:17-cv-00503-TLN-DB<br><br>[Honorable Troy L. Nunley]<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

/ / /

/ / /

/ / /

/ / /

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: April 11, 2019　　　　　　　　　　　ANGLIN, FLEWELLING, RASMUSSEN,
　　　　　　　　　　　　　　　　　　　　　　　CAMPBELL & TRYTTEN LLP

By:　/s *Leigh O. Curran*
　　　Leigh O. Curran
　　　Attorneys for Defendants WELLS FARGO
　　　BANK, N.A.

Dated: April 11, 2019　　　　　　　　　　　RA & ASSOCIATES, APC

By: 　/s *Any Moskovian*
　　　(as authorized on April 10, 2019)
　　　Any Moskovian
　　　Attorneys for Plaintiffs ARTHUR PETREY
　　　AND MARY ECK-PETREY

IT IS SO ORDERED

Dated: April 12, 2019

Troy L. Nunley
United States District Judge